AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
March 24, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ Yvette Lujan _____
DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. **4:26-mj-099** |
| | ) |
| | ) |
| | ) |
| Juan DYCK-FRIESEN | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of March 20, 2026 in the county of Presidio in the
Western District of Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1546 | Fraud and misuse of visas, permits, and other documents |
| 8 USC 1326(a) | Reentry of removed aliens |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Rafael Ortega Border Patrol Agent
_____
*Printed name and title*

☒ Sworn to before me and signed in my presence.
☐ Sworn to telephonically and signed electronically.

Date: 03/24/2026

_____
*Judge's signature*

City and state:   Pecos, Texas

Honorable Judge David B. Fannin
_____
*Printed name and title*

<u>Affidavit</u>

United States of America v.
Defendants:

DYCK-FRIESEN, JUAN

I, Rafael Ortega, Border Agent, being duly sworn, depose and state the following:

1.) On March 20, 2026, Border Patrol Agents (BPAs) assigned to the Marfa Checkpoint, located approximately four miles south of Marfa, Texas, observed a white Cadillac SUV enter the primary inspection lane. The BPAs identified themselves as Border Patrol Agents and requested identification documents from all occupants of the vehicle.

2.) The driver produced two Lawful Permanent Resident (LPR) cards: one for herself and one for her passenger. The card presented for the passenger identified him with a false name. The Agent observed several physical discrepancies between the passenger and the photograph on the LPR card. Specifically, the Agent noted that the passenger's nose was thinner, his eyes were lighter, and his complexion was much lighter than depicted on the card. Based on these observations, the Agent directed the vehicle to the secondary inspection lane for further investigation.

3.) In the secondary inspection area, the Agent instructed all occupants to exit the vehicle. The Agent escorted the passenger into the checkpoint to verify his identity using fingerprint analysis. During questioning, the passenger admitted that his real name was Juan DYCK-FRIESEN and that he was illegally present in the United States. DYCK-FRIESEN was then placed under arrest and transported to the Marfa station for further processing and disposition.

4.) After being advised of his rights under Miranda and waiving those rights, DYCK stated that he met the driver after paying a facilitator $7,500 USD to be smuggled into the United States, with an agreement to pay an additional $7,500 USD upon arrival in Seminole, Texas. DYCK-FRIESEN further admitted that he met the driver at a hotel in Ojinaga, Mexico, where he was provided with the LPR card. The driver instructed DYCK-FRIESEN to memorize the name and date of birth on the card and to use it to pass through the Presidio, Texas Port of Entry (POE).

Rafael Ortega
Border Patrol Agent

Honorable Judge David B. Fannin
U.S. Magistrate Judge